Attachment for Contempt CO-528 (Rev. - DC 4/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In Re: US v. ANTWAN BALL, ET AL

Misc. No. 07-084

## ATTACHMENT FOR CONTEMPT

### TO ANY UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER:

**☑** You are hereby commanded to arrest __CRYSTAL SWINTON__ whose address is __3418 13TH PLACE SE #101, WASHINGTON, DC__ and bring him/her forthwith before the United States District Court for the District of Columbia for the reason that he/she:

☑ willfully failed to appear after having been served with a subpoena

OR

☐ willfully evaded service of a subpoena pursuant to Title 18 USC 3144.

☑ You are further commanded to detain __CRYSTAL SWINTON__ in your custody until he/she is discharged by the Court.

OR

☐ You are hereby commanded to bring said person forthwith to Courtroom _____, United States District Court for the District of Columbia.

Upon order of the Honorable __RICHARD W. ROBERTS__, United States District Judge this __26TH__ day of __FEBRUARY__, __2007__.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk

---

**RETURN***
DISTRICT OF COLUMBIA
Received the within warrant the _____ day of _____, 20_____ and **executed same.**
By: _____